B18 (Official Form 18)(12/07)

# United States Bankruptcy Court
## Central District Of California

255 East Temple Street, Los Angeles, CA 90012

# DISCHARGE OF DEBTOR

**DEBTOR INFORMATION:**  
Juan Marques Aguilar  
aka Juan Aguilar, aka Juan Aguilar Marquez

**BANKRUPTCY NO.** 2:10−bk−26195−BB

**CHAPTER** 7

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−9862  
**Employer Tax−Identification (EIN) No(s).(if any):** N/A  
**Debtor Discharge Date:** 9/7/10

**Address:**  
678 Orangepath  
Glendora, CA 91741

It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT,

Dated: September 7, 2010

**Kathleen J. Campbell**  
Clerk of the Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

_____

*\* Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social−security numbers or individual taxpayer−identification numbers.*

(Form b18−DIS Rev. 03/09) VAN−30

11 − 6 / VMI

B18 (Official Form 18) Cont.
Rev.(12/07)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes;
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift savings Plan for federal employees for certain types of loans from these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.

# CERTIFICATE OF NOTICE

```
District/off: 0973-2          User: vmoodyC                Page 1 of 1         Date Rcvd: Sep 07, 2010
Case: 10-26195                Form ID: b18                 Total Noticed: 15

The following entities were noticed by first class mail on Sep 09, 2010.
db          +Juan Marques Aguilar,    678 Orangepath,    Glendora, CA 91741-4100
smg          Employment Development Dept.,     Bankruptcy Group MIC 92E,    P.O. Box 826880,
              Sacramento, CA 94280-0001
smg          Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA 90053-0200
26250494    +American General Financial Services,    PO BOX 780,    San Bernardino, CA 92402-0780
26250497    +Equifax Credit Information,    Bankruptcy Notification,    PO BOX 740241,    Atlanta, GA 30374-0241
26250498    +Experian,    Bankruptcy Notification,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
26250500    +Home Depot Credit Services,    PO BOX 6028,    The Lakes, NV 88901-6028
26250501    +Trans Union Credit Bureau,    Bankruptcy Notification,    PO BOX 2000,    Chester, PA 19016-2000
The following entities were noticed by electronic transmission on Sep 08, 2010.
tr          +EDI: QSSLESLIE.COM Sep 07 2010 22:13:00      Sam S Leslie (TR),    3435 Wilshire Blvd., Suite 990,
              Los Angeles, CA 90010-1998
smg          EDI: CALTAX.COM Sep 07 2010 22:13:00      Franchise Tax Board,    ATTN: Bankruptcy,    P.O. Box 2952,
              Sacramento, CA 95812-2952
26250493     EDI: AGFINANCE.COM Sep 07 2010 22:08:00      American General Finance,    PO BOX 3212,
              Evansville, IN 47731
26250495    +EDI: BANKAMER.COM Sep 07 2010 21:58:00      Bank of America,    PO BOX 851001,
              Dallas, TX 75285-1001
26250496    +EDI: CITICORP.COM Sep 07 2010 22:08:00      Citi,    PO BOX 6286,    Sioux Falls, SD 57117-6286
26250499    +E-mail/Text: bankruptcy@fryscredit.com                            FIRST ELECTRONIC BANK,
              PO BOX 760,    Draper, UT 84020-0760
26250502    +EDI: RMSC.COM Sep 07 2010 22:08:00      WALMART,    P BOX 530927,    Atlanta, GA 30353-0927
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 09, 2010          Signature:   *Joseph Speetjens*